# UNITED STATES DISTRICT COURT

for the _____ District of _____ New Jersey

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| VERNON RUIZ | Case No.    Mj. 06-1113-(02) |
| | USM No. |
| | David Schafer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   **1 & 2**   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Truthful answers to inquiries from U.S. Probation | 5/12/08 |
| 2 | Report to U.S. Probation | 5/12/08 |
| 3 | Leaving the District without Permission | 5/12/08 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **6350**

Defendant's Year of Birth: **1973**

City and State of Defendant's Residence:
    1515 Allen Avenue, Ocean Township, NJ 07712

May 19, 2008
Date of Imposition of Judgment

Signature of Judge

Honorable John J. Hughes, United States Magistrate Judge
Name and Title of Judge

5/19/08
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: RUIZ, Vernon
CASE NUMBER: Mj. 06-1113-(02)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : 12 Months

The term of Supervised Release imposed by the Court's sentence of 1/11/07 is revoked.

X The court makes the following recommendations to the Bureau of Prisons:
IT IS recommended by the Court that the Bureau of Prisons incarcerate the Defendant in the Northern or Southern District of Indiana.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL